1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,          :          03 CR 1322

          v.          :          U.S. Courthouse
                                Brooklyn, New York

MOHAMMED AL-MOAYAD,          :

          Defendant.          :          July 28, 2005
                                9:35 a.m.

- - - - - - - - - - - - - - - X

TRANSCRIPT OF SENTENCE
BEFORE THE HONORABLE STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          ROSLYNN R. MAUSKOPF
                            United States Attorney
                            By:   KELLY MOORE
                                PAMELA CHEN
                                JEFFREY KNOX
                            Assistant U.S. Attorneys
                            One Pierrepont Plaza
                            Brooklyn, New York 11201

For the Defendant          WILLIAM GOODMAN, ESQ.
Al-Moayad:          ROBERT BOYLE, ESQ.

For the Defendant          JONATHAN MARKS, ESQ.
Zayed:

Also Present:
Lamis Deek

Court Reporter:          Burton H. Sulzer
                            225 Cadman Plaza East
                            Brooklyn, New York 11201
                            (718) 260-4526
                            Fax # (718) 260-4504

Proceedings recorded by mechanical stenography, transcript
produced by CAT.

*FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 06 2005
BROOKLYN OFFICE*

*I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in this proceeding.*

*Official Court Reporter
U.S. District Court*

2

```
 1   produced by CAT.
              (Open court-appearances noted.)
 2            (Two Interpreters sworn.)

 3            THE COURT:  Do we have some housekeeping matters?

 4            MS. MOORE:  Yes, your Honor.

 5            THE COURT:  The first is there are Rule 29 motions

 6   by both defendants.  Did you want to add anything to your

 7   submissions?

 8            MR. GOODMAN:  Not at this time.

 9            THE COURT:  All right.  I am going to deny those

10   motions.  I'm not going to substitute my judgment for the

11   judgment of the jury.

12            With respect to, there is a rule 34 motion in

13   essence challenging the jurisdiction of this court to try the

14   defendants.  I'm going to deny that motion.

15            What else do we have?

16            MS. MOORE:  I believe that was it, your Honor.

17            THE COURT:  There are several objections to the

18   presentence report by both defendants.  As a matter of fact,

19   notwithstanding these objections, they will not affect the

20   guidelines, will they?

21            MR. GOODMAN:  Will my objections affect the

22   guidelines?

23            THE COURT:  The paragraph that you mentioned in your

24   objections -- let me see, just a second -- what the paragraphs

25   are.
```

3

1          MR. GOODMAN:  Your Honor, I'm familiar with the

2     submission.  To the extent the court chooses to follow the

3     guidelines and impose a guideline sentence, these particular

4     factors will not affect that sentence, hypothetically.

5          THE COURT:  Okay.  Do you want to say something?

6          MS. MOORE:  Your Honor, we agree that technically

7     the court does not need to rule on them; however, we would ask

8     the court to go ahead and uphold those paragraphs because, as

9     we demonstrate in our letter, we believe that they are fully

10    supported by the trial record before the court and the PSR is

11    accurate.

12         MR. MARKS:  I think counsel might have misspoken

13    when she said they're fully supported by the trial record

14    because much of the evidence, and I put that in quotes, that

15    she cites is found in 3500 material which was not received in

16    evidence.

17         MR. GOODMAN:  I would, your Honor, add similar

18    thoughts if the court chooses to rule upon these.  I thought

19    that the court said that it was -- I don't know what the

20    court's intention is.

21         THE COURT:  I recall one of your objections was that

22    the defendant Moayad -- I think I recall testimony through Mr.

23    Al Ansi, where he said that he had personally given Osama bin

24    Laden $20 million prior to September the 11th, or words to

25    that effect.

1    MR. GOODMAN:  He had told the FBI that, your Honor.

2  I believe that in his -- in the direct examination of Mr. Al

3  Ansi, he said he could not state what the precise amount was,

4  but he had at one time said that to the FBI.

5    MS. MOORE:  Actually in the cross-examination by

6  Mr. Marks, Mr. Al Ansi said that in Yemen, Mr. Moayad told him

7  that he had given bin Laden $20 million prior to September

8  11th and within the past few years.  However, in Frankfurt, he

9  stated that his dealings with bin Laden had been in the

10  eighties.  That was the testimony of Al Ansi elicited from

11  Mr. Marks.

12    THE COURT:  I recall the $20 million prior to

13  September 11th.  It's not going to impact the guideline range,

14  so I'm going to leave the paragraphs in there.  You have your

15  exception to them.

16    MR. MARKS:  I just don't want my silence to be taken

17  as acceptance of Ms Moore's statement.  My recollection of the

18  testimony of Al Ansi is that he could not recall, that he had

19  no way of knowing in which decade the sheik was claiming that

20  he gave money to Al-Qaeda or, rather, to bin Laden.

21    THE COURT:  This is a distinction without a

22  difference.

23    Have Mr. Moayad come up.  Have you read or had the

24  presentence report interpreted for you?

25    THE DEFENDANT:  I don't remember it.  The one that

1   Lisa wrote?

2           THE COURT:  Right.

3           THE DEFENDANT:  That was against me and it didn't

4   take any words that I said.

5           THE COURT:  The question is, have you read it and

6   discussed it with your lawyer?

7           THE DEFENDANT:  Discussion, no.

8           THE COURT:  You didn't discuss it with your lawyer?

9           THE DEFENDANT:  No, I didn't.  I read it, yes, but I

10  didn't discuss it.

11          THE COURT:  Mr. Goodman.

12          MR. GOODMAN:  May I confer with my client for a

13  moment?

14          THE COURT:  Yes.

15          (Pause.)

16          THE DEFENDANT:  Your Honor, when I looked at it, as

17  much as I know, I didn't go through it point-by-point and by

18  this way we can discuss it and we can talk about it and object

19  to things.  That's all.

20          And I don't know what is the significance of this

21  report.  This is the first time I come here to the court.

22          THE COURT:  I am going to render a decision in

23  imposing a sentence on you based upon the report, or based

24  upon the report and what I can recall of the trial.

25          THE DEFENDANT:  And what do you mean, your Honor?

1    THE COURT:  I have read the report that Miss Langone

2 wrote about you, and based upon this report, and me having

3 presided over your trial, I must now give you a sentence.

4    THE DEFENDANT:  Right.  But are you going to hear

5 from me?

6    THE COURT:  I'm giving you an opportunity right now

7 to say something about the report, but you have to have at

8 least read the report or have the report interpreted for you

9 and have discussed this report with Mr. Goodman.

10    MR. GOODMAN:  Let me just say for the record, and

11 for my client as well.  We gave the defendant, we gave Sheik

12 Al-Moayad a copy of the report translated into Arabic.  We

13 have had general discussions about the report.

14    He's familiar with the contents of the report.  He

15 understands that the court is going to sentence him today

16 based upon that report and based upon our submissions to the

17 court as well as the government's submissions.

18    THE DEFENDANT:  They said to me they will send a

19 response to the judge with regard to this report and I don't

20 know if they send it and what --

21    THE COURT:  I do have the submissions from Mr.

22 Goodman, from your lawyer, and the government.  I do have

23 those reports.

24    THE DEFENDANT:  So what should I do now, should I

25 talk?  This is the first time I come to the court.  I don't

1          THE COURT:  I do it just the opposite.  I was going

2     to give him an opportunity to say something in mitigation and

3     then you an opportunity to say something and then the

4     government would have an opportunity to say something.

5          I am inquiring whether Mr. Al-Moayad, Sheik Moayad,

6     is prepared to go forward right now.

7          MR. GOODMAN:  He has his thoughts prepared.  I don't

8     know if he's ready to give them right now.  Could we have just

9     a few minutes so he can collect his thoughts?  He did not know

10    he would be speaking first.

11         THE COURT:  All right.

12         MR. GOODMAN:  Thank you.

13         THE COURT:  Where would you want him to sit?

14         THE MARSHAL:  Here, Judge, is fine.

15         (Pause.)

16         THE COURT:  Call the other case.

17         THE CLERK:  U.S. versus Mohammed Zayed.

18         THE COURT:  Mr. Zayed, have you read and discussed

19    the presentence report with your lawyer or had it translated

20    for you?

21         THE DEFENDANT:  No, it was not translated to me,

22    only some points.  He explained to me some points,

23    Mr. Attorney explain to me some points from the item number 9,

24    or article 9.  Not all of it, not all of it.

25         THE COURT:  Mr. Marks.

9

1        MR. MARKS:  Well, it is true that I did not

2   translate the entire report word for word.  What I did not

3   translate was the -- was all of the allegations in the report

4   as to what the evidence was at trial.

5        MS. MOORE:  You did not translate that or you did?

6        MR. MARKS:  I did not translate all of that.

7        THE COURT:  In order for me to sentence the

8   defendant, he has to have read, understand and at least

9   discussed this report with you.

10       MR. MARKS:  That we have done.  Unless your Honor

11  wants me to -- wants the interpreter to read every word of the

12  report to Mr. Zayed, then we need some time to do that.

13       THE DEFENDANT:  It should be translated to me in the

14  Arabic language so that I may read it.  I asked that a number

15  of times from Mr. John, my attorney.

16       THE COURT:  I am going to allow an interpreter to

17  translate this presentence report and to have you discuss this

18  report with him, Mr. Marks.

19       MR. MARKS:  It has essentially been done, but if

20  your Honor wants the interpreter to read every word to him,

21  then we could do that, that's fine.

22       THE COURT:  It might have been done, but the record

23  is not clean on this particular issue.

24       MR. MARKS:  I agree.  It's going to take some time,

25  your Honor; it's an 18 page report.

1      THE COURT:  I guess we're going to have to put it

2    over then.  We might as well do the same thing with Mr.

3    Goodman, too.

4      MS. MOORE:  Mr. Goodman, I believe, had the report

5    translated in Arabic word for word.  His client has had the

6    opportunity to in fact read the report completely in Arabic,

7    and that happened several weeks ago.

8      THE COURT:  We'll bring Mr. Goodman up.

9      Have you had the presentence report translated for

10   your client?

11     MR. GOODMAN:  Yes.

12     THE COURT:  And you've discussed it with him?

13     MR. GOODMAN:  We discussed it in general.  As he

14   said on the record, we have not gone over it point by point,

15   but he knows what's -- he knows the contents of the report.

16   We talked about it generally.  We talked about the

17   recommendations of the report and we have talked about our

18   objections to it.

19     THE COURT:  Is he ready to proceed now?

20     MR. GOODMAN:  Let me talk to him for a moment.

21     (Pause.)

22     MR. GOODMAN:  We're ready, your Honor.

23     THE COURT:  All right.  Take Mr. Zayed away.

24     I'm going to have the interpreter translate the

25   presentence report for Mr. Zayed and have him discuss it with

11

1    Mr. Marks.  So I will sentence Mr. Moayad but not Mr. Zayed.

2              THE CLERK:  When do you want to do it?

3              THE COURT:  September.

4              MR. MARKS:  Do you want to do it later today?

5              THE COURT:  We can do it later today or the week

6    after next.

7              (Pause.)

8              THE CLERK:  The week of August 8th?

9              MS. MOORE:  I'm actually out of town that week.  Is

10   there any way we can do it later today?

11             MR. MARKS:  Actually, I'd prefer not.  I just had

12   this dental surgery. .

13             MS. MOORE:  September it is.

14             THE COURT:  A date in September?

15             THE CLERK:  September 1st, Thursday, 9:30.

16             (Defendant Zayed leaves the courtroom.)

17             THE COURT:  Called Mr. Moayad again.

18             (Case called.)

19             THE COURT:  Are you ready for sentencing now, Mr.

20   Al-Moayad?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Do you wish to say something?

23             THE DEFENDANT:  Yes.

24             THE COURT:  Go ahead.

25             THE DEFENDANT:  In the name of God, the most

1   compassionate, first of all, the allegation that was against

2   me in Germany and here were different.  First they said that I

3   give Osama bin Laden $200 million and then they said $100

4   million and then now they say $20 million.

5           At the end they didn't prove anything of that in the

6   trial and at the same time they didn't bring me any records of

7   what I said to Al Ansi in Yemen.

8           Al Ansi here, he was lying here on the stand and

9   also he was lying on the tapes.  He said to his -- I don't

10  know his name -- Brahim, and he said to him like play with the

11  tapes and we have a plan you have to follow and he changed the

12  whole things into supporting Hamas.  Hamas, they have an

13  office in Yemen and in all the Arab countries and in Europe.

14          God is my witness, I did not support Hamas with

15  anything and if I support them I would say so because it's not

16  forbidden in my country.

17          After that, they invited us to Germany to get some

18  money for the charity deeds that I have been doing and I would

19  like you, your Honor, to review the questionnaire from the

20  government authority to the United States Government about the

21  questions of what I have done to arrest me, and I would like

22  to remind your Honor, God bless you, that the recordings were

23  82 hours and they only presented 8 hours and it was

24  interrupted.

25          In spite of all of that, they did not allow me to

1    view it in the prison and I would like your Justice to look at

2    me and look at my children.  I have 23 children and

3    grandchildren and also I have my mother and I have my wife.

4    You would deprive me from all of this.

5           And I would like you, your Honor, to understand me

6    that people of Yemen send you a promotion for me and they

7    backing me up with all of what the allegation against me.

8           And my history is well-known.  I never did anything

9    bad to anybody.  I grew up very poor and that's why I feel the

10   passion for the poor people.

11          And I had moved into a new city and this city was

12   built by a contractor, his name, /AL as pack /KEU, and they

13   name the city to be /AL last back /KEU, and when I went there,

14   the contractor said to us that he will build a mosque for the

15   people to pray in, but he did not, so I opened my house, and I

16   opened my basement for three and a half years for the people

17   to pray in and after that I asked the government of Yemen to

18   give me land, and I took the land and also I bought a piece of

19   land next to it and I built on top of it a mosque and at the

20   basement of this mosque I made it as a shelter for the people

21   during the CIVIL WAR in Yemen.

22          And I built two mosques, one for the women and one

23   for the men, and the biggest mosque for women in Yemen is

24   mine, and I built a house for the Iman and for the person that

25   calling for the prayer, and also a house for the guards who

14

1  guard the house, the mosque, and also a place to wash their

2  dead people and I found the poor people were going -- were not

3  able to go get treatment so I decide to open an outpatient

4  clinic and brought doctors to treat the people.  And also I

5  built outpatient clinic, a psychiatric outpatient clinic to

6  treat the people.

7          And the kids were going from our city to a school

8  that is about one kilometer far from their houses and they

9  would go there during the day and come in the afternoon during

10  the hot weather, so I decide to build a school for them in the

11  city and I found that the poor people were not having enough

12  to eat and they were going to the garbage to eat and that's

13  why I open the charitable oven or bakery and I was feeding

14  1000 family every day.

15          And I found that the people are not able to get

16  clean water and I dig a well for them and I have next to me

17  250 orphans, I supply them with clean water, and 150 families,

18  poor family, we give them the water for free.

19          And I found some of the middle class they are okay

20  to live but sometimes they have emergency; for example, if a

21  cabdriver, his car got broken or something like that, I decide

22  to open a fund and give him the money to fix his car without

23  interest.

24          And I found that the poor and the needy people they

25  are not able to buy the oil and that's why I open a

1   supermarket, a charitable supermarket, and I was selling them

2   the oil at the cost of the merchandise.

3         And I found the young people are not able to get

4   married because of the expenses of marriage and I decide to

5   have the mass wedding, and I did the first one and the second

6   one and we were spending the money on them to have a mass

7   wedding so they can get married.

8         And I found that the young men and women, they don't

9   have -- they have plenty of time and they are not able to use

10  it, so I decide to open a computer center for them to learn

11  how to use the computer.

12        .  And I found that some of the students are not

13  able to go to school because they are not able to pay for the

14  school fees and they are not able to pay for the notebooks and

15  the bags and all of this stuff for the school, so I decide to

16  buy them this stuff and give it to them, so I was giving them

17  the notebooks, the bag and the stuff for school.

18        And in winter when it gets so cold, I found that the

19  poor people are not able to have cover so I decide to buy

20  blankets for them and give it to them for free.

21        And I found that the poor people also they are not

22  able to enjoy the feast or the holiday like everybody else so

23  I decide to get money from the donors, the people donor, the

24  people that donate money for me and buy them clothing, buy

25  them shoes so they can enjoy the feast too.

1          And I was buying the cows and slaying the cows and

2     give them meat, a kilo or two kilo for the family so they can

3     also celebrate the feast.

4          And summer, when there is an emergency, somebody got

5     sick and he doesn't have the money, we were supporting them

6     and giving them the money for treatment, and if somebody

7     passing by our city and he doesn't have any money, we were

8     giving them the money.

9          The city chose me to be the president of the council

10    of the city so if there is any problem or dispute between

11    family I was interfering between them and solve the problem.

12          And God is my witness because I do all of these

13    deeds just for God and I should not say it in public but I was

14    put in position to have to say it.

15          And I give a letter to my first attorney,

16    Mr. Howard, and I give him to submit to your Honor with regard

17    to sending somebody to Yemen to see what I was doing when I

18    was in Yemen.

19          And I came to your country as a guest and this is my

20    first time to come to your country and I haven't done anything

21    against the American people and I haven't done -- and I don't

22    have any intention to do anything against American people and

23    I love the American people because the American people are the

24    flag of freedom.

25          And as you heard the witness when they came on the

1  stand and they said that I was speaking in the Friday prayers

2  and I was saying that we love the United States and we love

3  the Americans because they are against the unjust people, one

4  like Saddam Hussein.

5          And praise God and thank God because the ambassador

6  of the United States in Yemen never said anything bad about me

7  and he knows me and he knows what I was doing in Yemen.

8          Your Honor, Judge, they call me in Yemen that I'm

9  the father of the needy people.  I beg you, Judge, to look at

10  me with what I have done and what I was doing, not through the

11  allegations.

12          And God is my witness, and I believe in God, and I

13  believe in the faith of God and I respect God's actions, and

14  doctor in Germany said to me "you have a problem with your

15  liver and you might live at the most 10 years or so" and I

16  have bronchial asthma and also I have diabetes.

17          And thank God I reach that level, and I would like

18  you, Judge, to send somebody to see what I was doing in Yemen

19  and what I have done in all of my life, and I can give you the

20  piece of paper that is in front of me to check on all of what

21  I have done.

22          And I would like to say to your Honor, Judge, God

23  bless you.  God would never banish anybody on the judgment day

24  because God said that "I will punish you if I say to you this

25  is wrong and if you have done it so I will punish you, but I

1   will give you the right way.  This is the right way and this

2   is the wrong way.  After that I will punish you."

3          We never knew that Hamas was illegal.  Their office

4   is open in my country, in the Arab countries, in Europe, but I

5   didn't know that it wasn't allowed in United States and as I

6   heard in the news, they went into the election and they left

7   everything.

8          THE COURT:  I'm going to let Mr. Goodman say

9   something.

10          THE DEFENDANT:  Thank you, and thank you for your

11   hospitality.  And I have been here for 900 days and I have

12   kids, I have 23 kids to take care of, so I'm thanking you,

13   your Honor.

14          Thank you.

15          THE COURT:  Mr. Goodman.

16          MR. GOODMAN:  Maybe you should go sit down.

17          THE DEFENDANT:  I'm all right.

18          MR. GOODMAN:  May the defendant sit down while I

19   speak?

20          THE COURT:  Yes.

21          MR. GOODMAN:  Your Honor, after sentencing I have an

22   application with regard to my status in the case that I would

23   like to make, so I just would like to apprise the court and

24   counsel of that now, but right now I'd like to proceed and

25   address the issues that are at hand.

1        THE COURT:  What is it, are you going to ask to be

2    appointed as appellate counsel?

3        MR. GOODMAN:  No.  We have Mr. Boyle, who is a far

4    more experienced appellate counsel than I, who has already

5    been appointed by you in this case for the sentencing and I am

6    confident that he will be able to handle the appeal, but I

7    have another application that I'd like to raise with you.

8        THE COURT:  Go ahead.

9        MR. GOODMAN:  But not now, if I may.

10        I have a petition --

11        THE COURT:  Just a second.  Let the record reflect

12    that I have received hundreds and hundreds of letters and

13    petitions on behalf of Sheik Moayad, the latest being a huge

14    box of post cards or petitions supporting the sheik.

15        I have those communications from people, they are in

16    Arabic so I don't know where they were from, but I assume they

17    were from Yemen.

18        MR. GOODMAN:  This is one from the United States.  I

19    just received it this morning.  I'd like to hand it to the

20    court.  It's from probably, looks like, several dozen people

21    throughout the United States, academics and clerics and

22    others.  We have already given it to the government.

23        THE COURT:  All right.

24        MR. GOODMAN:  Your Honor, for purposes of this

25    argument, I'd like to first say that we, I and my client

20

1    assume, have to assume the guilt for purposes, as I said, of

2    this sentencing proceeding, of the charges of which he has

3    been convicted.

4           We agree that under the post Booker cases in the

5    Second Circuit, the court is pointed in the direction of the

6    guidelines and is told to take those guidelines into account,

7    it is a factor that the court should take into account.  It is

8    not, as the government says, something that can only be

9    overridden by exceptional circumstances.

10          I don't believe that there's any case law that

11   supports that proposition, but in certain instances, with

12   regard to this particular defendant, even though it requires

13   that the court only take the guidelines into account as a

14   factor, and that there is no requirement that they be

15   overridden by exceptional circumstances, in this case in many

16   ways the circumstances are exceptional.

17          We believe that it's appropriate to step away from

18   the guidelines because of certain factors that are unique in

19   this case.  While the defendant, Sheik Al-Moayad, had traveled

20   to other countries in the Middle East and in the Islamic

21   world, he has never been in the United States until he was

22   dragged here after four days in Germany, after being arrested

23   and after being held in Germany for extradition proceedings.

24          His life was truly dedicated to charity and the

25   poor.  Many of the things that Sheik Al-Moayad just spoke to

1    the court about I did not know about but many of them I did,

2    and I knew them from a number of sources.  We know them from

3    the two character witnesses who testified in this case.

4         Now, Miss Chen in her letter said that one of the

5    character witnesses, when he was shown parts of the videotape

6    from the DVD's in this case, said, Well it must be a fake.  On

7    the other hand, he had never seen those before, he had never

8    had an opportunity to see those.  He had no idea what was

9    happening.

10        Both of these gentlemen testified, really without

11   any serious contradiction or cross-examination, as to Sheik

12   Al-Moayad's activities in Yemen.  They both testified, one in

13   particular, that he had been recruited by the sheik to find

14   poor people living in the area and to get those poor people to

15   register so that they could receive food from the bakery and

16   from the supermarket that the sheik was running that he has

17   just described to the court.

18        They were asked on cross-examination, Isn't it true

19   that you have to be a member of the Islah Party in order to

20   get the food from the bakery and get the food from the market?

21        These were questions obviously that were prompted by

22   Mr. Al Ansi because Mr. Al Ansi testified to this later, so

23   the prosecution was talking to Mr. Al Ansi while they were

24   cross-examining these Yemeni witnesses, but they were not

25   willing to call Mr. Al Ansi as a witness.

1          So we know about the bakery, we know about the

2     market, we know about the water supply that this man provided

3     to this community.

4          The only evidence -- again, Miss Chen reflects that,

5     Well, when he talked about charity, when the sheik was talking

6     about charity, when he mentioned charity, medical supplies,

7     these were code words for terrorism.

8          There was only one witness to that, only one person

9     testified to that and that witness was not a part of Sheik

10    Al-Moayad's -- was not a part of the prosecution's case.  That

11    witness was Mohammed Al Ansi, someone who they had so little

12    confidence in as a witness that they would not call him

13    themselves, someone who had literally set himself on fire in

14    front of the White House because he felt he had not received

15    the $10 million to which he was entitled for his escapade.

16         Even though we assume the guilt of every charge of

17    which this man was convicted for purposes of this discussion,

18    the one thing that Al Ansi added, which was the providing of

19    material aid to El Diad, that one charge was the charge on

20    which this jury acquitted him, and it was a profound act on

21    the part of this jury, having heard all the testimony they

22    heard, having heard of the tapes they heard, to disregard the

23    testimony of Al Ansi and still acquit him on those charges.

24         Al Ansi has no credibility, so when he talks about

25    his charitable activities, when he talks about the bakery,

23

1    when he talks about the clinics, when he talked about the

2    medical supplies, there is virtually no one other than Al Ansi

3    that contradicts that.

4           We also know about this gentleman's charitable

5    activities, not only from the testimony of the two character

6    witnesses from Yemen who came, but from the photographs in

7    this case -- and I might add that these were photographs --

8    this man was lured to Frankfurt, we know that he was lured to

9    Frankfurt.  We know that he was totally surprised when he was

10   arrested.  These photographs were taken before that.

11          These are not staged photographs, these are genuine,

12   authentic, spontaneous photographs of his activities, and I

13   would point out to the court we have them all, the court can

14   look through them, time after time we see him surrounded by

15   people who are poor, surrounded by children, surrounded by

16   hungry people, surrounded by poor people, handing out blankets

17   in this particular photograph, this is Exhibit 8 -- excuse me,

18   this is Defendant's Exhibit U for the record.

19          You'll notice, and I had one of the witnesses, I

20   believe it was our expert, Bernard Hakim, read all of the

21   signs that are seen in all of these photographs.  In none of

22   those signs is there anything about Islah Party members only,

23   is there anything about hatred of Americans, is there anything

24   about Hamas.  All these signs say these are activities, these

25   are charities for poor people, come if you have need.  Over

24

1   and over again that was this man's message on the walls, in

2   the printing that we see, and that was the message of his

3   life.

4            These children are poor.  You can look at their feet

5   and see that they have barely anything on their feet.  They

6   have no shoes.  These are more children, these are the people

7   to whom he devoted his life.  Here is the food that he was

8   distributing, over and over again.  Here is the bakery where

9   dozens, scores and scores of loaves of bread that he provided

10  for the poor one after another.

11           I might add that this was recognized not only by the

12  two character witnesses, not only by the people who have

13  written to the court, not only by the sheik as he spoke to the

14  court, this was recognized by the government itself.

15           In one of the tapes, one of the confidential

16  informants, CI-2, says, I know what you're interested in.

17  You're interested in charity.  I'm interested in jihad.  Let's

18  see if we can combine our forces.

19           So they knew perfectly well, because he was being

20  coached by Brian Murphy, CI-2 was being coached, they both

21  were, they knew perfectly well what his abiding passion was.

22  His abiding passion was concern and care for the poor, his

23  abiding passion was doing the commands of his God, as he

24  understood them.

25           I know that in our submission we itemized each of

1   the charitable activities.  I'm not going to spend a lot of

2   time on it.  Sheik Moayad spoke about them all, the bakery,

3   the medical clinic, the holistic health clinic, the food

4   store; there were the mosques, there were the schools, there

5   was the water distribution and on and on and on.

6         This man is not someone who the court sees, I'm

7   sure, on a regular basis in sentencing where they will say,

8   Well, I always gave to the Red Cross.  I always participated

9   in the blood drive.  I was a member of the Parent Teachers

10  Organization.  I did this or I did that.  I gave to the United

11  Jewish Appeal, I gave to Catholic Charities, whatever it is.

12  This is not someone like that, this is someone who did not

13  take on charity as something which is a side part of their

14  life.  This was his life; this was his life and he did so for

15  30 years, my co-counsel points out.

16        I might also add that we received, I just

17  received -- when did we receive this?  Today.  We received

18  this morning an amendment, an addendum by Miss Langone to the

19  presentence report, which I believe undermines or at least

20  puts in serious doubt some of the statements made by Miss Chen

21  in her letter to the court regarding my client's health.

22        I would like to read it for the record: "Subsequent

23  to disclosure of the presentence report, the Probation

24  Department received a medical record pertaining to the

25  defendant from the Metropolitan Detention Center.  The record

1   reflects that the defendant has Hepatitis B, Hepatitis C, and

2   is being treated for these conditions at the infectious

3   disease clinic at the facility.

4              Additionally, the defendant is being treated for

5   asthma, diabetes and high blood pressure.  He is currently

6   prescribed the following medications:  Ranitidine, acid

7   reflex; Metformin for diabetes; Prednisone, steroid;

8   Flunisolide Nasal, inhaled corticosteroid; Albuterol, inhaler;

9   Ipratropium, inhaler; Triamcinolone Acetonide, inhaler;

10  Montelukast, asthma medication; and Doxazosin, high blood

11  pressure.  The medical records also reflect that the defendant

12  is being treated by the mental health clinic for anxiety;

13  however, no further information was provided."

14             THE COURT:  I'm in receipt of that amendment.

15             MR. GOODMAN:  That is the submission.

16             So, in addition to a lifetime of charity in the

17  later stages of his life, he finds himself really in a dire

18  condition with regard to his health.

19             Not that he won't be treated for it, I will not

20  argue about that at the moment, but really his health is

21  seriously compromised.

22             I'd like to talk just for a moment about the issue

23  of Hamas because we addressed it in our letter and it was also

24  addressed by Miss Chen and by the government, and it is this.

25             We do not for the moment, for purposes of this

1    argument and this discussion, dispute the finding of the jury

2    that he is guilty of providing aid to a terrorist

3    organization, namely Hamas.  The question is, was his state of

4    mind such that he in any way recognized the criminality of

5    that act, the evil of that act, if you will?

6           This is a mens rea issue.  This is an organization

7    which is not only totally legal in Yemen, it is respected in

8    Yemen, and not just in Yemen but throughout the entire Middle

9    East.  They have a building in downtown Sina, a short distance

10   from his office, his mosque, and it says Hamas right there.

11   Nobody hides the fact, nobody is embarrassed about the fact,

12   they are proud of it and cherish it and people throughout the

13   Middle East support Hamas.  Whether that is right or wrong --

14          THE COURT:  But there was testimony by, I think, a

15   man by the name of Black, who was on a bus with his cousin and

16   Hamas put a bomb on it and they blew up the bus, killed the

17   cousin and injured Mr. Black.

18          MR. GOODMAN:  I have no doubt, your Honor, that

19   Hamas engages in terrorist activities which are reprehensible

20   and which I do not intend to defend.  I simply said that

21   people throughout the Arab world support it, and Mr. Levitt,

22   the government's expert in this case, agreed that it has wide

23   support in the Arab world because Hamas, in addition to

24   engaging in those reprehensible activities, engages in

25   charitable activities as well and gets a great deal of support

28

1   because the condition of the Palestinian people, to use the

2   word of Mr. Levitt, is dire, and people who are pushed into

3   the corner that these particular people are, have been pushed,

4   have engaged in terrorist activities, which I will not for a

5   moment stand up here and defend, but they also engage in

6   widespread charitable activities which are widely supported

7   and understood to be Hamas activities throughout the Middle

8   East, throughout the Arab world.

9          So if he had been found guilty, he has been found

10  guilty of providing -- of providing material support to Hamas,

11  conspiring to do so and attempting to do so, to a terrorist

12  organization, his idea of whether that is a bad organization

13  is no different than that of millions and millions and

14  millions of other people in his community.

15         Your Honor, Sheik Al-Moayad has referred to the fact

16  that he was never in this country until he has been brought

17  here by the FBI and has stayed here and has awaited trial.  He

18  thanked the court and, I take it, in your capacity as a

19  representative of the United States, the United States, for

20  its hospitality.

21         I have to say that in imposing sentence today, the

22  court can reflect upon all sorts of terrible things that have

23  happened in this world recently, and all sorts of terrible

24  things and good things that have happened in the world

25  throughout the history of this planet.

1    In the Second Book of Exodus, Moses, having killed

2   an Egyptian soldier, runs away and seeks refuge in Media, and

3   there he receives genuine hospitality, genuine relief, genuine

4   respite from his sorrows.  And Jethro has him marry one of his

5   daughters and he names one of these children Sojourner, and he

6   says, I am naming this child, giving this child this name

7   because I was a stranger in a strange land.

8    This man is a stranger in a strange land today, and

9   he asks the court for the court to step back from the

10   guidelines and to impose a sentence which achieves justice,

11   redemption and understanding at the same time.

12    Those are our remarks.

13   THE COURT:  Thank you.  Miss Moore.

14   MS. MOORE:  Your Honor, obviously many of the

15   arguments that the defendant and his counsel made this morning

16   were made during the course of the trial and clearly rejected

17   by the jury on the basis of the evidence they saw over the

18   course of six weeks.

19    The jury ultimately convicted this defendant of five

20   separate counts of federal crimes of terrorism, three of them

21   relating to Hamas and two of them relating to al-Qaeda.  I

22   don't intend to recap Miss Chen's summations from trial or my

23   rebuttal summation, we would be here hours, so I don't rebut

24   what they said point-by-point.

25    I will rely extensively on the submissions we have

30

1  already made to the court as well as the trial record.  I

2  would, however, like to respond to one thing that was said,

3  which was Mr. Goodman's claim that his client's state of mind

4  was that he didn't have any way of recognizing the evil of

5  Hamas as an organization.

6       As the court pointed out at trial, the jury heard

7  from Gideon Black, whose cousin died in a Hamas operation.

8  With respect to this defendant's state of mind, the court is

9  aware that that very terrorist attack was announced by the

10 leader of Hamas at a wedding hosted by this defendant.

11      Not only was this defendant there, hosting a wedding

12 where that attack was announced by Hamas, he's later portrayed

13 in videotapes in Germany laughing about that incident.  To say

14 that this defendant does not understand the evil of that

15 organization is a gross misstatement of both his state of mind

16 and the evidence that was adduced at this trial.

17      With respect to the claim that Hamas is widely

18 supported in Yemen, we also heard that al-Qaeda is widely

19 supported in Yemen.  That doesn't make it right.

20      The defendant was convicted of five counts of

21 federal crimes of terrorism.  I would note, as Miss Langone

22 pointed out to me this morning, that paragraph 65 is slightly

23 incorrect.  The maximum sentence the court can impose is

24 900 months, not life.  Other than that, the government rests

25 on the trial record, the evidence and the submissions we have

31

1    already made.

2         THE COURT:   While the defendant is not being

3    sentenced for the events of 9/11, he first came to the

4    attention of the authorities because of 9/11.

5         We all remember September the 11th.   At 8:43 a

6    hijacked American Airlines plane was flown into one of the

7    towers of the World Trade Center.   At 9:03 another hijacked

8    airplane was flown into another tower.   At 9:45 a.m. a

9    hijacked airplane was flown into the Pentagon, and at 10:10 a

10   hijacked plane heading for Washington, D.C crashed just

11   outside of Pittsburgh, Pennsylvania.

12        I said before, he's not being tried for these

13   events.   However, this happened in September of 2001, and it

14   was in November of 2001 that Al Ansi, a Yemeni national,

15   contacted the FBI and told them about Mr. Moayad, and stated

16   that Mr. Moayad was supplying terrorist organizations,

17   including al-Qaeda and Hamas, with money, weapons and

18   recruits.

19        An investigation began, and Al Ansi was sent to

20   Yemen, made contact with the defendant Moayad.   They then

21   lured Mr. Moayad over to Frankfurt, Germany.   There were

22   several meetings in a hotel in Frankfurt, and these meetings

23   and conversations were videotaped and they were audiotape, and

24   they were done without the knowledge of Mr. Moayad.

25        These conversations were chilling.   Mr. Al Ansi

1   also, as I recall, testified that Mr. Moayad personally gave

2   Osama bin Laden $20 million some time prior to 9/11.  The

3   logical question would be, How were these monies used by

4   al-Qaeda, a terrorist organization?

5          There was also testimony by Mr. Al Ansi about monies

6   that were given to Hamas.  The logical question is, How were

7   these monies used by Hamas?

8          I recall the testimony and watching the videotapes

9   of the defendant clapping when it was announced that this bus

10  was bombed in Tel Aviv wounding and killing several people,

11  and there was testimony of Mr. Black that was also chilling.

12         I have thought, as I do with every sentence, very

13  deeply about what sentence would be appropriate in a case like

14  this.  Booker comes along and says that in situations like

15  this the guidelines are advisory and the sentence must be

16  reasonable.

17         The question is, What is reasonable?  Each case is

18  different.  I have looked at the record of Mr. Moayad and his

19  ailments, I looked at his protestations of his work with

20  charities, but I also look at the fact that he did provide

21  material support, including money, weapons, and recruits to

22  Hamas and to al-Qaeda.

23         I listened to Mr. Moayad, and evidently he doesn't

24  understand what is going on or he's in a state of denial --

25  and maybe it's a combination of both -- but I cannot see

1    myself being lenient as you ask, Mr. Goodman.

2           I'm going to sentence the defendant, with respect to

3    count one of the indictment, to 180 months to the custody of

4    the Attorney General.  I sentence the defendant on count three

5    to 180 months, to run consecutive to count one.  I sentence

6    the defendant to 180 months on count four, to run consecutive

7    to one and three.  I sentence the defendant to 180 months, to

8    run consecutive to counts one, three and four, and I sentence

9    the defendant to 180 months to run consecutive to one, three,

10   four and five.

11          I sentence the defendant to $100 special assessment

12   on each count, for a total of $500.  I sentence the defendant

13   to a $250,000 fine on each count, for a total of $1,250,000.

14          I advise the defendant you have a right to appeal

15   this sentence and also appeal this conviction.

16          MS. MOORE:  Did you sentence the defendant to

17   15 years on each of the counts of conviction, to run

18   consecutive to one another?

19          THE COURT:  That's right, 180 months, the same

20   thing.

21          MR. GOODMAN:  I believe that is 900 months.

22          THE COURT:  And there is a three-year -- five year

23   or three year?

24          PROBATION OFFICER:  Three years.

25          THE COURT:  Three years supervised release on each

34

1   count, to run concurrent.

2           THE DEFENDANT:  Your Honor, what have I done?

3           THE COURT:  The argument that you made has to be

4   made to a court higher than this court.  Your lawyers will

5   file an appeal to your conviction and will also file an appeal

6   to my sentence.

7           You said you had an application?

8           MR. GOODMAN:  I do, your Honor.  I would ask to be

9   allowed to withdraw my appearance at the time that a claim of

10  appeal is filed in this case.

11          THE COURT:  I will grant that to you after you file

12  a notice of appeal on behalf of the defendant.

13          MR. GOODMAN:  I believe that Mr. Boyle will file --

14  thank you, your Honor.

15          I would like to say, in addition, that when Mr.

16  Boyle came into the case, Ms. Deek was taken off the memo for

17  purposes of visiting the defendant at the Metropolitan

18  Detention Center.

19          We would ask that at this point she -- she is

20  planning on staying on the case on a voluntary basis on the

21  appeal.  We would ask that she be allowed to be -- that she be

22  placed back on the memo so she can visit the defendant.

23          MS. MOORE:  Your Honor, I'd like --

24          THE COURT:  I don't believe I have the authority to

25  do that.

1    MS. MOORE:  Your Honor, I will discuss the matter

2  with Mr. Boyle.  At this point I believe Mr. Boyle will be the

3  only counsel of record and that --

4    THE COURT:  Are you asking that Miss Deek be allowed

5  to assist Mr. Boyle in the appeal?

6    MR. BOYLE:  Your Honor, I would make that request

7  too.  She has very graciously volunteered to work on the

8  appeal.  She was here at the trial.  She also speaks the

9  language and she would be an enormous asset to the work on

10  this appeal.

11    Mr. Goodman has indicated he's available for my

12  advice and so forth, but I certainly -- she can file an

13  appearance as an admitted attorney.  In any case, I would join

14  that request.

15    THE COURT:  Well, since you just came in and Miss

16  Deek is familiar with it, I will appoint Miss Deek to assist

17  you in perfecting the appeal for Sheik Moayad.

18    MR. BOYLE:  Thank you, your Honor.

19    MR. GOODMAN:  One other matter, your Honor, with

20  regard to designation.  We would ask that where the issue of

21  designation is concerned, when it arises in this court's

22  consideration, that he be designated as close as possible to

23  New York City so that he can be seen more easily and be more

24  accessible to his attorneys.

25    THE COURT:  I think the length of his sentence is

1  going to dictate where he will be designated, and I don't

2  think that there is any facility near New York that can

3  accommodate him.  So I'm not going to make that request of the

4  Bureau of Prisons.  All right.

5              *******

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25