FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 02 2010 ★

C/M

# OSEN LLC
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

**BROOKLYN OFFICE**

*The application for the release of the trial transcripts and admitted exhibits from the Al-Moayad case referenced below is GRANTED under the conditions set forth in this letter application. A copy of this endorsed order shall be mailed by the Clerk of the Court to Mr. Gary M. Osen, Esq.*

*This endorsed Order shall be docketed under Docket No. 03-CR-1322. So Ordered.*

*Dated: Brooklyn, N.Y. 12/1/10*

S/DLI
U.S.D.J.

Federal Express: 7941 5075 4786

November 24, 2010

Honorable Dora L. Irizarry
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:  *United States v. Mohammed Ali Al-Moayad*
     Criminal Docket No. 03-1322

Dear Judge Irizarry,

We represent the plaintiffs in four civil cases[1] brought under the civil provisions of the Anti-Terrorism Act (18 U.S.C. §2333(a)) in the Federal District Court for the Eastern District of New York that are currently being presided over by the Honorable Nina Gershon and the Honorable David G. Trager. As part of our ongoing investigation in support of those cases, we contacted the United States Attorney's Office of the Eastern District of New York and requested that it provide us with trial transcripts and admitted exhibits from the al-Moayed case – excluding certain recordings and/or transcripts covered by an agreement reached between the United States and German governments.

In response to our request, the U.S. Attorney's Office has informed us that it has no objection to providing us with the materials requested but asked that we seek authorization from the Court to allow the government to disclose the trial transcripts and admitted exhibits as set forth above.

---

[1] *Linde, et al. v. Arab Bank, plc* (04-cv-2799); *Weiss, et al. v. National Westminster Bank, plc*, (05-cv-4622); *Strauss, et al. v. Credit Lyonnais S.A.* (06-cv-702) and *Goldberg et al. v. UBS* (08-cv-375).

Letter to Judge Dora L. Irizarry
November 24, 2010
Page 2

      Accordingly, we respectfully request the Court's approval of the requested disclosures subject, of course, to the pre-existing limitations agreed upon between the U.S. and German governments.

      We thank the Court in advance for its consideration. Should Your Honor have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

Gary M. Osen

GMO/jg
cc: Ms. Pamela Chen, U.S. Attorney's Office